JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJOLYN VIELMA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KOHL'S DEPARTMENT STORES, INC., A Delaware Corporation, and DOES 1 through 10, inclusive<br><br>　　　　　Defendants. | Case No.: CV10-4720 VBF SSX<br><br>**ORDER DISMISSING CASE** |

### ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The court shall retain jurisdiction to enforce the terms of the settlement.

Dated: 10/13/10

*Valerie Baker Fairbank*

Hon. Valerie Baker Fairbank
United States District Court Judge